AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means ☐ Original ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>The person of Darnell Deshawn Castlin Jr.<br>with a last known address of<br>727 South Ogden Avenue, Columbus, Ohio 43204 | ) ) ) ) Case No. 2:23-mj-636<br>) ) ) |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the ____Southern____ District of ____Ohio____
*(identify the person or describe the property to be searched and give its location)*:

The person of Darnell Deshawn Castlin Jr., M/B, 5'7", 200lbs, DOB: 09/11/1993, SSN: XXX-XX-2964, OH BCI# J056587, who is believed to be residing at 727 South Ogden Avenue, Columbus, Ohio 43204

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Saliva, and or topical or skin cells, to be obtained by means of oral swab.

**YOU ARE COMMANDED** to execute this warrant on or before ____November 26, 2023____ *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____United States Magistrate Judge Elizabeth Deavers____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __November 13, 2023    1:18 PM__   *[signature]*
                                                            Elizabeth A. Preston Deavers
City and state: Columbus, Ohio                              United States Magistrate Judge

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 2:23-mj-636 | 11/22/23 | DARNELL CASTLIN |

Inventory made in the presence of:
ATF TFO E. WOODS #2704 ATF SA M. BEHNFELDT

Inventory of the property taken and name(s) of any person(s) seized:
BUCCAL SWABS OF DARNELL CASTLIN.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11/22/23

_Executing officer's signature_ #2507

ATF TFO JERRY ORICK
_Printed name and title_